[No. 8765-1-II.   Division Two.   February 23, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
DEAN FORBES, *Appellant.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 84-1-00186-3, Robert L. Charette, J.,
entered April 29, 1985. *Affirmed* by unpublished opinion

per Alexander, J., concurred in by Reed, C.J., and Worswick, J.